IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| NATANAEL BALCAZAR, et al.,  )  <br>  ) <br> Plaintiffs, ) <br>  ) <br> v. ) <br>  ) <br> DENNIS BROWN, et al., ) <br>  ) <br> Defendants. ) <br>  ) | CIVIL ACTION NO. 5:23-CV-392 (MTT) |

**ORDER**

Pursuant to Fed. R. Civ. P. 25, the parties jointly move the Court for the entry of an Order substituting Cherokee Insurance Company in place of Cherokee Insurance Center, LLC as a defendant in the above captioned case. Docs. 16; 17; 18. Rule 25 allows for substitution of parties in four situations: (a) when "a party dies"; (b) when "a party becomes incompetent"; (c) when "an interest is transferred"; or (d) when "a public officer who is a party in an official capacity dies, resigns, or otherwise ceases to hold office while the action is pending." Fed. R. Civ. P. 25. The substitution requested here—replacing one person with another because the plaintiff named the wrong defendant—does not fall into any of these categories. *See Burns v. Phillips*, 50 F.R.D. 187, 188 (N.D. Ga. 1970) (determining that Rule 25 does not permit substitution for reasons other than those listed but Rule 15 does). The substitution must be accomplished by way of an amendment of the pleadings under Fed. R. Civ. P. 15. *See Dang v. Sheriff of Seminole Cnty., Fla.*, 2015 WL 13655456, at *1 (M.D. Fla. Apr. 17, 2015) (citing *Burns*, 50 F.R.D. at 188)). The Court, therefore, construes the motion as seeking leave to amend under Rule 15 and exercises its discretion to allow the plaintiffs to amend their complaint to name the right

defendant.  The parties' motion (Docs. 16; 17; 18) is **GRANTED.**   Accordingly, plaintiffs **SHALL** file an amended complaint within **FOURTEEN (14)** days of the entry of this Order.

**SO ORDERED**, this 4th day of December, 2023.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
