# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| NATANAEL BALCAZAR, GERARDO BALCAZAR, RAFAEL SANCHEZ & ROSA SANCHEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>DENNIS BROWN, SPECIALIZED SERVICES LOGISTICS, LLC., CHEROKEE INSURANCE CENTER, L.L.C., XYZ CORPORATION & JOHN DOE,<br><br>Defendants. | CIVIL ACTION<br><br>FILE NO.: 5:23-CV-00392 |

## FIRST AMENDED COMPLAINT FOR DAMAGES

COMES NOW NATANAEL BALCAZAR, GERARDO BALCAZAR, RAFAEL SANCHEZ & ROSA SANCHEZ, Plaintiff in the above styled action and files this Complaint for Damages and shows the Court as follows:

1.

Defendant DENNIS P. BROWN (hereinafter, "Brown") hereinafter "is a resident of Miami-Dade County, Florida and is subject to the venue and jurisdiction of this Court. Defendant Brown may be served with process at 1800 NW 119t ST, #103 Miami, FL 33167. Venue is proper.

2.

Defendant SPECIALIZED SERVICES LOGISTICS, LLC. (hereinafter, "SPECIALIZED SERVICES LOGISTICS, LLC.") is a limited liability company existing under the laws of Florida and is subject to the jurisdiction and venue of this Court as a joint tortfeasor. Defendant SPECIALIZED SERVICES LOGISTICS, LLC. may be served through its registered agent, located at 14585 Spotted Sandpiper Boulevard, Winter Garden, FL 34787. Venue is proper.

3.

Defendant CHEROKEE INSURANCE COMPANY (hereinafter, "CHEROKEE INSURANCE COMPANY") is a foreign insurance company existing under the laws of Michigan and is subject to the jurisdiction and venue of the Court as a joint tortfeasor. Defendant CHEROKEE INSURANCE COMPANY operates and is registered to conduct business in the State of Georgia and may be served through its representative Stone Kalfus LLP located at 1360 Peachtree Street NE, Suite 1250, Atlanta, GA 30309. Venue is proper.

4.

Defendant JOHN DOE is an unidentified individual who, at all times relevant to this action, was acting within the course and scope of employment for Defendant SPECIALIZED SERVICES LOGISTICS, LLC. where Plaintiff sustained the injuries which form the basis of this action and whose acts and/or omissions contributed to Plaintiff's damages and is subject to the jurisdiction and venue of this Court.

5.

Defendant XYZ Corporation (hereinafter, "XYZ") occupied the position of the unknown company of the premises where the subject incident occurred, and at all times relevant to this action, was acting within the scope of employment for Defendants SPECIALIZED SERVICES LOGISTICS, LLC. and/or XYZ Corpoartion and whose acts and/or omissions are believed to have contributed to Plaintiff's claims for damages and is subject to the jurisdiction and venue of this Court.

## BACKGROUND

6.

On or about July 4, 2022, Plaintiffs were riding as passengers with non-party, Felipe Torruco, and traveling on I 75 North in Bibb County, Georgia.

7.

On or about July 4, 2022, Defendant Brown was operating a commercial vehicle traveling on I 75 North in Bibb County, Georgia, behind the Plaintiffs' vehicle.

8.

At this time, non-party Torruco legally and lawfully changed lanes to the right as Defendant Brown was approaching quickly.

9.

At this point, Defendant Brown negligently and unlawfully changed lanes and then followed too closely, going too fast for conditions causing his tractor trailer to collide with the rear of Plaintiffs' vehicle.

10.

As a direct and proximate result of the individual and joint negligence of the Defendants, Plaintiff Natanael Balcazar has suffered bodily injuries, property loss, and damages for which he has incurred expenses in the amount of $39,570.29, which is itemized below:

| | Provider: | Dates of Service: | Amount: |
|---|---|---|---|
| 1. | Macon Orthopedic & Hand Center | 12/9/2022 - 3/10/2023 | $ 1,054.00 |
| 2. | MedTrans Go, Inc. | 12/9/2022 - 3/10/2023 | $ 480.00 |
| 3. | Georgetown Clinics | 8/30/2022 - 11/2/2022 | $ 3,915.00 |
| 4. | Georgetown Clinics | 7/8/2022 - 9/2/2022 | $ 1,180.00 |
| 5. | Radiology Associates of Macon | 7/4/2022 - 7/4/2022 | $ 1,050.00 |
| 6. | Central Georgia Emergency Group, LLC | 7/4/2022 – 7/4/2022 | $ 935.00 |
| 7. | Atrium Health Navicent The Medical Center | 7/4/2022 – 7/4/2022 | $ 30,956.29 |

11.

As a direct and proximate result of the individual and joint negligence of the Defendants, Plaintiff Gerardo Balcazar has suffered bodily injuries, property loss, and damages for which he has incurred expenses in the amount of $22,930.44, which is itemized below:

| | Provider: | Dates of Service: | Amount: |
|---|---|---|---|
| 1. | Amerimed | 7/4/2022 - 7/4/2022 | $ 2,775.00 |
| 2. | Radiology Associates of Macon | 7/4/2022 - 7/4/2022 | $ 979.00 |
| 3. | Central Georgia Emergency Group, LLC | 7/4/2022 – 7/4/2022 | $ 1,400.00 |
| 4. | Atrium Health Navicent The Medical Center | 7/4/2022 – 7/4/2022 | $ 17,776.44 |

12.

As a direct and proximate result of the individual and joint negligence of the Defendants, Plaintiff Rafael Sanchez has suffered bodily injuries, property loss, and damages for which he has incurred expenses in the amount of $8,974.90, which is itemized below:

| | Provider: | Dates of Service: | Amount: |
|---|---|---|---|

| | Provider: | Dates of Service: | Amount: |
|---|---|---|---|
| 1. | Amerimed | 7/4/2022 - 7/4/2022 | $ 2,775.00 |
| 2. | Radiology Associates of Macon | 7/4/2022 - 7/4/2022 | $ 60.00 |
| 3. | Central Georgia Emergency Group, LLC | 7/4/2022 – 7/4/2022 | $ 645.00 |
| 4. | Atrium Health Navicent The Medical Center | 7/4/2022 – 7/4/2022 | $ 2,364.90 |
| 5. | Georgetown Clinic | 7/8/2022 – 7/19/2022 | $ 690.00 |
| 6. | Georgetown Clinic | 8/30/2022 – 11/2/2022 | $ 2,440.00 |

13.

As a direct and proximate result of the individual and joint negligence of the Defendants, Plaintiff Rosa Sanchez has suffered bodily injuries, property loss, and damages for which he has incurred expenses in the amount of $7,359.00, which is itemized below:

| | Provider: | Dates of Service: | Amount: |
|---|---|---|---|
| 1. | Houston Medical Center | 7/6/2022 - 7/6/2022 | $ 2,750.00 |
| 2. | Houston County Emergency Group, LLC | 7/6/2022 – 7/6/2022 | $ 935.00 |
| 3. | Universal Radiology Consultants | 7/6/2022 – 7/6/2022 | $ 233.00 |
| 4. | Georgetown Clinics | 9/13/2022 – 10/26/2022 | $ 2,140.00 |

## COUNT I
## NEGLIGENCE OF DEFENDANT BROWN

14.

Plaintiff realleges and incorporates the allegations contained in paragraphs 1 through 13 above as if fully stated herein.

15.

Defendant Brown owed Plaintiff the duty of a reasonably prudent driver, observant of changing roadway conditions, and to obey all traffic laws of the State of Georgia.

16.

Defendant Brown breached this duty by failing to remain observant while operating a motor vehicle and by negligently and unlawfully following too closely causing his vehicle to collide with the rear of Plaintiff's vehicle in violation of O.C.G.A § 40-6-49 and § 40-6-48.

17.

Furthermore, Defendant Brown was negligent in the following ways:

(a) Driving at a greater speed than reasonable and prudent in violation of O.C.G.A § 40-6-180;
(b) Failing to exercise due care in violation of O.C.G.A. § 40-6-241;
(c) Failing to maintain a proper lookout;
(d) Driving with reckless disregard for the safety and property of others in violation of O.C.G.A. § 40-6-390; and
(e) By committing any acts or omissions which may be shown at trial.

## COUNT II
## IMPUTED LIABILITY

18.

Plaintiff realleged and incorporates the allegations contained in paragraphs 1 through 17 above as if fully stated herein.

19.

At the time of the subject collision, Defendant Brown was under dispatch for Defendant SPECIALIZED SERVICES LOGISTICS, LLC. and/or XYZ Corporation.

20.

At the time of the subject collision, Defendant Brown was operating his commercial truck on behalf of Defendant SPECIALIZED SERVICES LOGISTICS, LLC. and/or XYZ Corporation.

21.

Defendant SPECIALIZED SERVICES LOGISTICS, LLC. and/or XYZ Corporation, is an intrastate or interstate motor carrier, and pursuant to federal and state laws, is responsible for the actions of Defendant Brown in regard to the collision described in this complaint under the doctrine of lease liability, agency, apparent agency, respondent superior or any combination thereof.

## COUNT III
## NEGLIGENT HIRING, TRAINING & SUPERVISION BY DEFENDANTS SPECIALIZED SERVICES LOGISTICS, LLC. AND/OR XYZ CORPORATION.

22.

Plaintiffs' reallege and incorporates the allegations contained in paragraphs 1 through 21 above as if fully stated herein.

23.

Defendant SPECIALIZED SERVICES LOGISTICS, LLC. and/or XYZ Corporation was negligent in hiring Defendant Brown and entrusting him to drive a commercial truck.

24.

Defendant SPECIALIZED SERVICES LOGISTICS, LLC. and/or XYZ Corporation was negligent in failing to properly train Defendant Brown.

25.

Defendant SPECIALIZED SERVICES LOGISTICS, LLC. and/or XYZ Corporation was negligent in failing to properly supervise Defendant Brown.

26.

Defendant SPECIALIZED SERVICES LOGISTICS, LLC. and/or XYZ Corporation was negligent in hiring Defendant Brown and entrusting him with driving a commercial vehicle and failing to train and supervise him properly.

27.

The negligence of Defendant SPECIALIZED SERVICES LOGISTICS, LLC. and/or XYZ Corporation was the proximate cause of the collision and Plaintiffs resulting injuries and damages for which Plaintiffs have incurred expenses in an amount to be shown at trial.

## COUNT IV
## DIRECT ACTION AGAINST DEFENDANT CHEROKEE INSURANCE COMPANY

28.

Plaintiffs' realleges and incorporates the allegations contained in paragraphs 1 through 27 above as if fully stated herein.

29.

Defendant CHEROKEE INSURANCE COMPANY is subject to a direct action as the insurer Defendant Brown for pursuant to O.C.G.A. § 40-2-140 or its predecessor O.C.G.A. § 46-7-12.1.

30.

Defendant CHEROKEE INSURANCE COMPANY was the insurer of Defendant Brown at the time of the subject collision and issued a liability policy to comply with the filing requirements under Georgia law for intrastate and/or interstate transportation.

31.

Defendant CHEROKEE INSURANCE COMPANY is subject to the filing requirements outlined in O.C.G.A. § 40-2-140 or its predecessor O.C.G.A. § 46-7-12.1.

32.

Defendant CHEROKEE INSURANCE COMPANY is responsible for any judgment rendered against Defendants Brown and/or up to its policy limits of coverage.

WHEREFORE, Plaintiff pray as follows:

a) That process be issued, and Defendants be served with process as provided by law;
b) That Plaintiffs have a trial by jury on all issues so triable;
c) That Plaintiffs have a verdict and judgment against the Defendants to compensate Plaintiffs for all special, general, compensatory and consequential damages in an amount proven at trial to be adequate and just;
d) That all costs be cast against Defendants; and
e) That this Court grant such other and further relief as it deems appropriate.

Respectfully submitted this 6th day of December, 2023.

*/s/ Christopher N. Reilly*

_____
Johnny G. Phillips
Georgia State Bar No. 382150
Attorney for Plaintiff
Christopher N. Reilly
Georgia State Bar No. 163424
Attorney for Plaintiff

**Law Office of Johnny Phillips, PC**
12 Jackson Street
Newnan, Georgia 30263
P: (404) 487-0184
F: (404) 439-1190
Johnny@johnnyphillipslaw.com
Chris@johnnyphillipslaw.com