IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| NATANAEL BALCAZAR, et al., | * |
| Plaintiffs, | * |
| v. | Case No.  5:23-CV-00392-MTT |
| | * |
| DENNIS BROWN, et al., | |
| | * |
| Defendants. | |
| _____ | * |

## J U D G M E N T

Pursuant to this Court's Order dated May 9, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 9th day of May, 2024.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk